UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMARO FOOD ENTERPRISES INC.,
                          Plaintiff,

-v-

LIBERTY MUTUAL INSURANCE,
                          Defendant.

24-CV-7784 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on October 14, 2024. Counsel for the Plaintiff is directed to file an appearance with this Court on ECF no later than December 20, 2024.

    If Plaintiff fails to appear, the Court may dismiss the case for failure to prosecute. Fed. R. Civ. P. 41(b); *Baptiste v. Sommers*, 768 F.3d 212, 216 (2d Cir. 2014).

    Counsel for the Defendant shall serve a copy of this order on counsel for the Plaintiff by December 11, 2024.

    SO ORDERED.

Dated: December 6, 2024
       New York, New York

                                                _____
                                                  J. PAUL OETKEN
                                                United States District Judge