UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMARO FOOD ENTERPRISES INC.,
                              Plaintiff,

           -v-

LIBERTY MUTUAL INSURANCE,
                              Defendant.

24-CV-7784 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on October 14, 2024, and Defendant Liberty Mutual Insurance filed a motion to dismiss Plaintiff Amaro Food Enterprises Inc.'s complaint on November 6, 2024. Counsel for the Plaintiff is directed to file a corrected motion to appear and any opposition to the motion to dismiss on or before January 15, 2025.

    If Plaintiff fails to oppose this motion by that date, it will be considered unopposed.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge