**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMARO FOOD ENTERPRISES, INC.,

                Plaintiff,

-against-                          24 **CIVIL** 7784 (JPO)

                                                     **JUDGMENT**

LIBERTY MUTUAL INSURANCE,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 25, 2025, Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 25, 2025

                                                      **TAMMI M HELLWIG**
                                                    **Clerk of Court**

         **BY:**               K. Mango

                                                    **Deputy Clerk**