UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMARO FOOD ENTERPRISES INC., | : | |
| Plaintiff, | : | Case No. 1:24-cv-07784-JPO |
| vs. | : | **ORDER** |
| LIBERTY MUTUAL INSURANCE, | : | |
| Defendant. | : | |

The plaintiff, Amaro Food Enterprises Inc., having moved the Court for an Order extending its time in which to file an appeal of the dismissal order entered on March 25, 2025, and the Court having duly considered all of the papers submitted thereupon, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Plaintiff may file a Notice of Appeal with the Clerk of the Court within 10 days of the entry of this Order.

Dated: May 12, 2025

_____
J. PAUL OETKEN
United States District Judge